STEPTOE & JOHNSON LLP
Carol R. Brophy, (SBN 155767)
cbrophy@steptoe.com
Danielle Vallone, (SBN 302497)
dvallone@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

Attorneys for Defendant CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01979 DOC (ADSx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ALISA BENSON IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[*Ntc of Motion and Motion; and Memorandum of Points & Authorities in Support filed concurrently herewith*]<br><br>Date: November 23, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

1

**DECLARATION OF ALISA BENSON IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

# DECLARATION OF ALISA BENSON

I, Alisa Benson, hereby declare as follows:

1. I submit this declaration in support of CVS Pharmacy, Inc.'s ("CVS") Motion to Dismiss in the above captioned matter.

2. I am currently employed by Vi-Jon, LLC ("Vi-Jon") as its Director of Regulatory Affairs. I have been Director of Regulatory Affairs at Vi-Jon since 2015, I have been employed in the Regulatory Affairs department of Vi-Jon since 2011. In my capacity as Director of Regulatory Affairs, I oversee the team responsible for coordinating reviews and testing to verify the efficacy of Vi-Jon's products and have final approval of product artwork, including label language, prior to production of product.

3. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify to them based on my personal knowledge.

4. I have reviewed the Complaint in this case, originally filed in the Superior Court of California in and for the County of Orange.

5. Paragraphs 2 and 7 of the Complaint vaguely identify three different hand sanitizers, sold under the CVS brand name.

6. I have reviewed Vi-Jon's product portfolio and have determined that the products identified in paragraphs 2 and 7 of the Complaint were manufactured by Vi-Jon. Vi-Jon designs and approves the products' labels and substantiates the claims made on those labels.

7. Attached to this declaration as Exhibits A, B and C are true and correct copies of samples of the current front and rear labels of the products identified in Paragraphs 2 and 7 of the Complaint as those labels currently appear.

8. The current label for a representative sample of the CVS Original Scent Moisturizing Hand Sanitizer (60 oz) first appeared in November of 2019. The current label for a representative sample of the CVS brand alcohol-based hand sanitizer (8 oz) first appeared in December of 2019. The current label for a

representative sample of the CVS Advanced Formula Hand Sanitizer (8 oz) appeared in July of 2018.

9. Prior to the current labels, the front labels on the CVS brand hand sanitizer product packages contained the language stating that the product "kills 99.99% of germs*." The rear labels on the CVS brand hand sanitizer product packages contained the language stating that the product is "*Effective at eliminating more than 99.99% of many common harmful germs and bacteria in as little as 15 seconds." The statements referenced in this paragraph have appeared on the CVS brand hand sanitizer product packages at all times between May, 2016 and the present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __16th__ day of October, 2020 in St. Louis, Missouri.

_Alisa Benson_ (signature)

Alisa Benson

-3-
**DECLARATION OF ALISA BENSON IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**