# EXHIBIT A




11880 BORMAN DRIVE • ST. LOUIS, MO 63146 • 314-692-2220 • FAX 314-785-1919

File: **57815 - Vi-Jon**

Colors to print: In Rotation
1. PMS 2727
2. PMS 072
3. PMS 186
4. Black
5. Silver Foil

PMS 072 stroke has been added around white text to help with registration.

P/N: **L0012818FE**

Dieline (non print)
3.125" X 2"
corner radius=.125"

Date: **07-25-18**

Prepress Operator: **JS**

Checked by: _____




Foil Stamp

**EXHIBIT A**   370,060   370AB

### READ BEFORE PROOF AUTHORIZATION

This proof has been prepared to help you visualize your label and for verification of copy and content only, it is NOT color accurate. Please inspect this proof carefully against your provided artwork. It is the customer's responsibility to review and approve the label design represented by the this proof, A customer's signature below indicates that all proof information provided here is accurate, Prime Package & Label is not responsible for additional costs resulting from errors missed by failure to carefully review this proof.

☑ OK, proceed with order.
☐ Correct as noted. Submit revised proof.
Authorized by: _____ Date: 7/30/18

Refer to Plate File for color match: n/a
☑ Flexo  ☐ Digital
☐ Gloss Varnish  ☐ Matte Varnish
☑ Gloss Lamination  ☐ Matte Lamination

Wind Direction

PRESS APPROVAL
☐ St. Louis
☐ Tennessee
☑ No

Artist Check List
☑ UPC          ☐ Formula Color  NA
☑ Check line breaks  ☐ Copy Readability Against Formula  NA
☑ Verify Die: 70   Artist: TG
☑ Verify Substrate   Date: 7/30/18
☑ Verify Item number  Size: 3.125" X 2"
☐ Verify Raster Setting   Substrate: White film
☑ Color/Graphic placement   Notes:

**5**



**PRIME PACKAGE & LABEL**

11880 BORMAN DRIVE • ST. LOUIS, MO 63146 • 314-692-2220 • FAX 314-785-1919

File: **57816 - Vi-Jon**

Colors to print: 1
In Rotation:  Black

P/N: **L0012818BE**

Dieline (non print)
3.125" X 2"
corner radius=.125"

Date: **07-25-18**

Prepress Operator: **JS**

Checked by: _____





370,000   370AB

### READ BEFORE PROOF AUTHORIZATION

This proof has been prepared to help you visualize your label and for verification of copy and content only. It is NOT color accurate. Please inspect this proof carefully against your provided artwork. It is the customer's responsibility to review and approve the label design represented by the this proof. A customer's signature below indicates that all proof information provided here is accurate. Prime Package & Label is not responsible for additional costs resulting from errors missed by failure to carefully review this proof.

☑ OK, proceed with order.
☐ Correct as noted. Submit revised proof.
Authorized by: _____  Date: 7/27/18

Refer to Plate File for color match: n/a
☑ Flexo   ☐ Digital
☑ Gloss Varnish   ☐ Matte Varnish
☐ Gloss Lamination   ☐ Matte Lamination

PRESS APPROVAL
☑ St. Louis
☐ Tennessee
☐ No

Wind Direction: 8

**Artist Check List**
☑ UPC   ☐ Formula Color NA
☑ Check line breaks   ☐ Copy Readability Against Formula
☑ Verify Die: 70   Artist: TG
☑ Verify Substrate   Date: 7-30-18
☑ Verify Item number   Size: 3.125" X 2"
☐ Verify Raster Setting   Substrate: Paper
☑ Color/Graphic placement   Notes: _____

**6**



| File: | 66811 - Vi-Jon Labs | P/N: | L0018520FA | Date: | 12.11.19 R1 |
|---|---|---|---|---|---|
| Colors to print: In Rotation | 1 OPQ PANTONE 3015 / 2 OPQ R.S. White / 3 Hot Stamp Luxor 373 — Background for QC Check | Dieline (non print) Corner Radius: .125" | | Prepress Operator: | TS |
| | | | | Checked by: | |

Hot Stamp        Rotary Screen White        For PPL Production Purposes



3.125"

2"

NOTE: The information in the CVS slug may differ from the information on our proof.





471.000/471AA





8