# EXHIBIT B



**BROOK & WHITTLE LTD**
SUSTAINABLE LABELING SOLUTIONS

11880 BORMAN DRIVE • ST. LOUIS, MO 63146 • 314-692-2220 • FAX 314-785-1919

File: 66558 - Vi-Jon Labs

Colors to print:
In Rotation
1. Cold Foil Glue
2. PMS 2727
3. 186 Card. Red
4. PMS 072
5. Black

P/N: L0018744FA
Dieline (nonprint)
2.5" X 5.45"
Corner Radius: 0.125"

Date: 11-15-19
Prepress Operator: KA
Checked By: _____





Foil Stamp

Some of the information on the CVS Slug may not match the proof prepared by approval by Brook and Whittle





**EXHIBIT B**

**10**



| File: | 66558 - Vi-Jon Labs | P/N: | L0018744BA | Date: | 11-15-19 |
|---|---|---|---|---|---|
| Colors to print: 1 Black  In Rotation | | | Dieline (nonprint)  2.5" X 5.45"  Corner Radius: 0.125" | Prepress Operator: | KA |
| | | | | Checked By: | |



**Some of the information on the CVS Slug may not match the proof prepared by approval by Brook and Whittle**





11