# EXHIBIT C



11880 BORMAN DRIVE • ST. LOUIS, MO 63146 • 314-692-2220 • FAX 314-785-1919

File: **57813 - Vi-Jon**  P/N: **L0012793FE**  Date: **07-25-18**



Colors to print: In Rotation — 1 PMS 2727, 2 PMS 072, 3 PMS 186, 4 Black, 5 Silver Foil

Dieline (non print)
2.13" X 1.375"
corner radius=.125"

Prepress Operator: **JS**

Checked by: _____

PMS 072 stroke has been added around white text to help with registration.




Foil Stamp

370.000  370AB

## READ BEFORE PROOF AUTHORIZATION

This proof has been prepared to help you visualize your label and for verification of copy and content only. It is NOT color accurate. Please inspect this proof carefully against your provided artwork. It is the customer's responsibility to review and approve the label design represented by the this proof. A customer's signature below indicates that all proof information provided here is accurate. Prime Package & Label is not responsible for additional costs resulting from errors missed by failure to carefully review this proof.

☑ OK, proceed with order.
☐ Correct as noted. Submit revised proof.
Authorized by: _____ Date: 7/30/18

Refer to Plate File for color match: n/a
☑ Flexo  ☐ Digital
☐ Gloss Varnish  ☐ Matte Varnish
☑ Gloss Lamination  ☐ Matte Lamination

PRESS APPROVAL
☐ St. Louis
☐ Tennessee
☑ No

Wind Direction

Artist Check List
☐ UPC  ☐ Formula Color N/A
☒ Check line breaks  ☐ Copy Readability Against Formula N/A
☑ Verify Die: 546  Artist: TG
☒ Verify Substrate  Date: 7-30-18
☒ Verify Item number  Size: 2.13" X 1.375"
☐ Verify Raster Setting  Substrate: White film
☒ Color/Graphic placement  Notes:

**EXHIBIT C    13**



**PRIME PACKAGE & LABEL**

11880 BORMAN DRIVE • ST. LOUIS, MO 63146 • 314-692-2220 • FAX 314-785-1919

File: **57814 - Vi-Jon**　　　　　P/N: **L0012793BE**　　　　　Date: **07-25-18**

Colors to print: In Rotation
- 1 Cool Gray 7
- 2 Spot Glue
- 1 Cool Gray 7
- 1 Black

Dieline (non print)
2.13" X 1.375"
corner radius=.125"

Prepress Operator: **JS**

Checked by: _____






I've moved some of the #s near the barcode to clear a quiet area on either side of the scanning area.

370,000  370AB

**READ BEFORE PROOF AUTHORIZATION**

This proof has been prepared to help you visualize your label and for verification of copy and content only. It is **NOT** color accurate. Please inspect this proof carefully against your provided artwork. It is the customer's responsibility to review and approve the label design represented by the this proof. A customer's signature below indicates that all proof information provided here is accurate. Prime Package & Label is not responsible for additional costs resulting from errors missed by failure to carefully review this proof.

Refer to Plate File for color match: n/a
- ☑ Flexo   ☐ Digital
- ☑ Gloss Varnish   ☐ Matte Varnish
- ☐ Gloss Lamination   ☐ Matte Lamination

PRESS APPROVAL
- ☐ St. Louis
- ☐ Tennessee
- ☑ No

Wind Direction: 8

☑ OK, proceed with order.
☐ Correct as noted. Submit revised proof.
Authorized by: _____ Date: 7/26/18

Artist Check List
- ☑ UPC   ☐ Formula Color NA
- ☑ Check line breaks   ☐ Copy Readability Against Formula NA
- ☑ Verify Die: 546   Artist: TG
- ☑ Verify Substrate   Date: 7:30.18
- ☑ Verify Item number   Size: 2.13" X 1.375"
- ☐ Verify Raster Setting   Substrate Booklet construction
- ☑ Color/Graphic placement   Notes

**14**