STEPTOE & JOHNSON LLP
Carol R. Brophy, (SBN 155767)
cbrophy@steptoe.com
Danielle Vallone, (SBN 302497)
dvallone@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

Attorneys for Defendant CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-01979 DOC (ADSx) <br><br> **CLASS ACTION** <br><br> **DECLARATION OF JOSEPH W. TURSI IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> [*Ntc of Motion and Motion; Memorandum of Points & Authorities in Support; Declaration of Alisa Benson and Request for Judicial Notice filed concurrently herewith*] <br><br> Date: November 23, 2020 <br> Time: 8:30 a.m. <br> Courtroom: 9D <br> Judge: Hon. David O. Carter |

1

**DECLARATION OF JOSEPH W. TURSI IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

## DECLARATION OF JOSEPH W. TURSI

I, Joseph W. Tursi, hereby declare as follows:

1.     I am an associate in the law firm Steptoe & Johnson LLP, attorneys of record for CVS Pharmacy, Inc. (erroneously sued as CVS Health, Inc). I am a member in good standing of the California State Bar and admitted to practice before this Court.

2.     I have personal knowledge of the facts stated herein and, if called upon, I could and would testify competently to them.

3.     On October 19, 2020, I logged onto the Centers for Disease Control and Prevention ("CDC")'s website at www.cdc.gov. Once I had accessed the website, I navigated to the CDC's webpage concerning handwashing at https://www.cdc.gov/handwashing/show-me-the-science-hand-sanitizer.html. I then used my web browser to print the webpage as a PDF. The PDF is an accurate representation of the factual information provided by the CDC on the webpage I reviewed. A true and correct copy of the PDF that I created is attached hereto as **Exhibit A**.

4.     On October 19, 2020, following the same procedures as outlined above in paragraph 3, I navigated to the CDC's webpage concerning Norovirus and how to prevent it at http://cdc/gov/norovirus/about/prevention.html. I again used my web browser to print the webpage as a PDF. The PDF is an accurate representation of the factual information provided by the CDC on the webpage I reviewed. A true and correct copy of the PDF that I created is attached as **Exhibit B**.

5.     On October 19, 2020, following the same procedures as outline above in paragraph 3, I navigated to the CDC's webpage concerning Healthcare-associated Infection included Vancomycin-resistant Enterococci at https://www.cdc.gov/hai/organisms/vre/vre.html. I again used my web browser to print the webpage as a PDF. The PDF is an accurate representation of the factual

-2-

**DECLARATION OF JOSEPH W. TURSI IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

1  information provided by the CDC on the webpage I reviewed. A true and correct
2  copy of the PDF that I created is attached as **Exhibit C**.

3        6.    On October 19, 2020, I logged onto the U.S. Food & Drug
4  Administration ("FDA")'s website at www.fda.gov. Once I had accessed the
5  website, I navigated to the FDA's webpage entitled "Is Your Hand Sanitizer on
6  FDA's List of Products You Should Not Use?" I again used my web browser to
7  print the webpage as a PDF. The PDF is an accurate representation of the factual
8  information provided by the FDA on the webpage I reviewed. A true and correct
9  copy of the PDF that I created is attached as **Exhibit D**.

10       I declare under penalty of perjury under the laws of the United States of
11 America that the foregoing is true and correct. Executed this 20th day of October,
12 2020 in Walnut Creek, California.

_____
Joseph W. Tursi

-3-
**DECLARATION OF JOSEPH W. TURSI IN SUPPORT OF DEFENDANT CVS PHARMACY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**