STEPTOE & JOHNSON LLP
Carol R. Brophy, (SBN 155767)
cbrophy@steptoe.com
Danielle Vallone, (SBN 302497)
dvallone@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

Attorneys for Proposed Intervenor-Defendant VI-JON, LLC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01979 DOC (ADSx)<br><br>**CLASS ACTION**<br><br>**VI-JON, LLC'S NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>[*Memorandum of Points and Authorities; and Declarations of Alisa Benson & Carol Brophy filed concurrently herewith*]<br><br>Date: November 23, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

1

**VI-JON, LLC'S NOTICE OF MOTION AND MOTION TO INTERVENE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 23, 2020 at 8:30 a.m. in Courtroom 9D, of the above-entitled Court of the United States District Court for the Central District of California, located at Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California 92701-4516, Vi-Jon, LLC will move this Court for leave to intervene in this action. This motion is made under Federal Rules of Civil Procedure, Rule 24(a) and on the ground that Vi-Jon, LLC claims an interest in the property that is the subject of this action and adjudication of the parties' claims in Vi-Jon, LLC's absence will impair or impede its ability to protect that interest. In the alternative, Vi-Jon, LLC seeks leave to intervene under Federal Rule of Civil Procedure, Rule 24(b) on the ground that Vi-Jon, LLC has a direct interest in the matter in this litigation.

Prior to this case's removal to this Court, Vi-Jon's counsel met and conferred with plaintiff's counsel regarding intervention. Following removal, Vi-Jon's counsel again sought to meet and confer regarding this motion on October 16, 2020, but did not receive a response. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place prior to this case's removal and Vi-Jon's attempted follow-up meet and confer efforts.

///
///
///

1  This motion will be based upon this notice, the Memorandum of Points and
2  Authorities in support, the Declaration of Carol R. Brophy and exhibits attached
3  thereto, the Declaration of Alisa Benson and exhibits attached thereto, the
4  [Proposed] Motion to Dismiss attached, filed herewith, the records and files in this
5  action and any further evidence and argument that the Court may receive at or
6  before the hearing.

9  DATED: October 23, 2020         STEPTOE & JOHNSON LLP

By: _____
      Carol R. Brophy
      Melanie Ayerh
      Attorneys for Proposed-Intervenor, VI-JON, LLC

-3-
**VI-JON, LLC'S NOTICE OF MOTION AND MOTION TO INTERVENE**