STEPTOE & JOHNSON LLP
Carol R. Brophy, (SBN 155767)
cbrophy@steptoe.com
Danielle Vallone, (SBN 302497)
dvallone@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

Attorneys for Intervenor-Defendant VI-JON, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br>  vs.<br><br>CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 8:20-cv-01979 DOC (ADSx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING VI-JON, LLC'S MOTION TO INTERVENE [12]**<br><br>Date:  November 23, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |

1

**[PROPOSED] ORDER GRANTING VI-JON, LLC'S MOTION TO INTERVENE**

Vi-Jon, LLC's Motion to Intervene came on for hearing on November 23, 2020 at 8:30 a.m. in Courtroom 9D, of the above-entitled Court of the United States District Court for the Central District of California, located at Ronald Reagan Federal Building and United States Courthouse, 411 West 4th Street, Santa Ana, California 92701-4516.

The Court, having reviewed the parties' briefs and written submissions, hereby **GRANTS** the motion pursuant to Fed. R. Civ. Pro. 24(a).

Vi-Jon, LLC claims an interest in the property that is the subject of this action and adjudication of the parties' claims in Vi-Jon, LLC's absence will impair or impede its ability to protect that interest.

**IT IS SO ORDERED**.

DATED: November 27, 2020

By: *David O. Carter*
Hon. David O. Carter