**WILSHIRE LAW FIRM**
JUSTIN F. MARQUEZ, State Bar No. 262417
justin@wilshirelawfirm.com
THIAGO COELHO, State Bar No. 324715
thiago@wilshirelawfirm.com
ROBERT DART, State Bar. No. 264060
rdart@wilshirelawfirm.com
CINELA AZIZ, State Bar No. 318192
cinela@wilshirelawfirm.com
APRIL YANG, State Bar No. 330951
april@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff Joseph Mier and the Proposed Class*

[*ADDITIONAL COUNSEL OF RECORD IDENTIFIED BELOW*]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated, | Case No.: 8:20-cv-01979 DOC (ADSx) |
| Plaintiff, | **CLASS ACTION** |
| vs. | **JOINT CASE SCHEDULE** |
| CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive, | |
| Defendants. | |

i
**JOINT CASE SCHEDULE**

**STEPTOE & JOHNSON LLP**
Carol R. Brophy, (SBN 155767)
cbrophy@steptoe.com
Danielle Vallone, (SBN 302497)
dvallone@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

Anthony Hopp (Illinois SBN 6199290) (*admitted pro hac vice*)
ahopp@steptoe.com
227 West Monroe St., Suite 4700,
Chicago, Illinois 60606
Telephone: (312) 577-1249;
Facsimile: (312) 577-1370

Attorneys for Defendant CVS PHARMACY, INC., and Defendant-Intervenor Vi-Jon, LLC

-ii-
**JOINT CASE SCHEDULE**

In accordance with the agreement reached during the December 1, 2020 Scheduling Conference, Plaintiff Joseph Mier ("Plaintiff"), Defendant CVS Pharmacy, Inc. ("CVS") and Defendant-Intervenor Vi-Jon, LLC, by and through their counsel, hereby provide the following Joint Case Schedule:

| EVENT | DEADLINE |
|---|---|
| Motion to Amend Pleadings | November 30, 2020 |
| Motion for Class Certification | March 15, 2021 |
| Opposition to Class Certification | April 5, 2021 |
| Reply in Support of Class Certification | April 12, 2021 |
| Class Certification Hearing | Monday, April 26, 2021 |
| Fact Discovery Cut-Off Date | September 7, 2021 |
| Expert Disclosures | September 13, 2021 |
| Rebuttal Expert Disclosures | September 27, 2021 |
| Expert Discovery Cut-Off | October 15, 2021 |
| Final Motion Cut-Off Date | Monday, November 15, 2021 |
| Final Pretrial Conference | Monday, December 13, 2021 |
| Trial | Tuesday, January 25, 2022 |

DATED: December 1, 2020      STEPTOE & JOHNSON LLP

By:  */s/ Melanie Ayerh*
Carol R. Brophy
Melanie Ayerh
Danielle Vallone
Anthony Hopp
Attorneys for Defendant
CVS PHARMACY, INC

1
**JOINT CASE SCHEDULE**

DATED: December 1, 2020

WILSHIRE LAW FIRM, PLC

By: /s/ *Thiago Coelho*_____
    Justin F. Marquez
    Thiago Coelho
    Robert Dart
    Cinela Aziz
    April Yang

Attorneys for PLAINTIFF and
    THE PUTATIVE CLASS