UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 20-01979-DOC (ADSx) | Date | December 1, 2020 |
|---|---|---|---|
| Title | Joseph Mier v. CVS Pharmacy, Inc., et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Not Present
Court Reporter

ATTORNEYS ARE PRESENT
FOR PLAINTIFF

ATTORNEY ARE PRESENT
FOR DEFENDANT

**PROCEEDINGS: SCHEDULING CONFERENCE (Held and Completed)**

The Court confers with counsel outside the presence of the court reporter. The Scheduling Conference is held. The Court's Scheduling Order will issue.

: 15

Initials of Deputy Clerk    kd