THIAGO M. COELHO (SBN 324715)
thiago@wilshirelawfirm.com
ROBERT DART (SBN 262417)
rdart@wilshirelawfirm.com
CINELA AZIZ (SBN 318192)
cinela@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff Joseph Mier and the Putative Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>CVS HEALTH, Rhode Island Corporation and Does 1 to 100, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-01979 DOC (ADSx)<br><br>Honorable David O. Carter<br><br>**CLASS ACTION**<br><br>**PLAINTIFF JOSEPH MIER'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>[*Hearing vacated by Court Order on November 13, 2020 (Dkt. No. 22)*] |

Plaintiff Joseph Mier respectfully brings the Court's attention to the following relevant judicial opinions:

- *Ashton v. J.M. Smucker Co.*, No. EDCV20992JGBSHKX, 2020 WL 8575140 (C.D. Cal. Dec. 16, 2020), issued on December 16, 2020, a copy of which is attached hereto as **Exhibit A**;
- *Bell v. Publix Super Markets, Inc.*, 982 F.3d 468 (7th Cir. 2020), issued on December 7, 2020, a copy of which is attached hereto as **Exhibit B**;
- *Gunaratna v. Dennis Gross Cosmetology LLC*, No. CV202311MWFGJSX, 2020 WL 8509681 (C.D. Cal. Nov. 13, 2020), issued on November 13, 2020, a copy of which is attached hereto as **Exhibit C**.

The above opinions were each issued after November 9, 2020, the date on which Defendant CVS Health filed its Reply in support of its Motion to Dismiss.

Date: March 17, 2021                                  WILSHIRE LAW FIRM

By: */s/ Cinela Aziz*
Thiago Coelho
Robert Dart
Cinela Aziz
*Attorneys for Plaintiff and the Putative Class*