UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 20-01979-DOC-(ADSx)   Date: November 17, 2021

Title: Joseph Mier v. CVS Pharmacy, Inc., et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Thiago Coelho | Melanie Ayerh |
| Justin Marquez | Anthony Hopp |
| Jennifer Leinbach | William Cole |

**PROCEEDINGS:** DEFT.'S MOTION TO FOR SUMMARY JUDGMENT [154]
DEFT.'S MOTION TO FOR ORDER FOR CLASS DECERTIFICATION [155]

The case is called. The Court hears oral arguments.

Defendant's motion to for order for class decertification [155] is taken under submission, written order to issue.

Defendant's motion to for summary judgment [154] is continued to a later date pending a written order of the Court.

1 : 24
Initials of Deputy Clerk: kdu