# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-01979-DOC-ADS            Date: December 7, 2021

Title: JOSEPH MIER V. CVS PHARMACY, INC. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER SETTING BREIFING SCHEDULE**

       Before the Court are the parties respective proposed case management schedules related to the new Motion for Class Certification Plaintiff intends to file. Joint Report on Briefing Schedule ("Joint Report") (Dkt. 205). The parties disagree as to whether fact discovery should be reopened and the timing of new expert disclosures vis-à-vis the briefing on the new motion. The Court's previous Order on the Motion for Class Decertification (Dkt. 200) narrowly permitted the re-opening of expert discovery regarding the damages model, not the additional re-opening of fact discovery. Moreover, the Court would like an adequate record before deciding the Motion for Class Certification and therefore would like the simultaneous filing of expert reports with the Motion.

       As such, the Court **ADOPTS** Defendants' proposed schedule.

       The Court will wait to hear Defendants' pending Motion for Summary Judgment (Dkt. 154) until after the hearing on class certification. Thus, the Court **CONTINUES** the summary judgment hearing until April 25, 2021.

       In light of the new dates, the Court also **VACATES** the hearing on Pretrial and Trial Procedures (Dkt. 29) scheduled for 12/13/2021.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN