**STEPTOE LLP**
Carol R. Brophy (SBN 155767)
cbrophy@steptoe.com
Anthony J. Anscombe (SBN 135883)
aanscombe@steptoe.com
One Market Plaza, Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6700; Fax: (415) 365-6699

Melanie Ayerh (SBN 303211)
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432; Fax: (213) 439-9599

*Attorneys for Defendants CVS PHARMACY, INC. and Intervenor-Defendant VI-JON, LLC*

[ADDITIONAL COUNSEL ON NEXT PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MIER and SHEQUANA TRUESDALE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> vs.<br>CVS PHARMACY, INC., a Rhode Island corporation,<br>    Defendants | Case No.: 8:20-cv-01979-DOC-ADS<br>Assigned To: Hon. David O. Carter<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVL PROCEDURE 58(d)** |
| JOSEPH MIER and SHEQUANA TRUESDALE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> vs.<br>VI-JON, LLC, a Missouri corporation,<br>    Intervenor-Defendant | |

REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FRCP 58(d)

STEPTOE LLP
Anthony Hopp (Illinois SBN 6199290) (*admitted pro hac vice*)
ahopp@steptoe.com
227 West Monroe St., Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1249;
Facsimile: (312) 577-1370
*Attorneys for Defendants CVS PHARMACY, INC. and Intervenor-Defendant VI-JON, LLC*

AMIN TALATI WASSERMAN LLP
William P. Cole (SBN 186772)
william@amintalati.com
515 S. Flower St., 18th Floor
Los Angeles, California 90071
Telephone: (213) 233-9330; Facsimile: (312) 884-7352

*Attorneys for Defendant CVS PHARMACY, INC.*

1       Pursuant to Federal Rule of Civil Procedure 58(d), Defendants CVS Pharmacy, Inc. and Vi-Jon, LLC ("Defendants") hereby submit a Request for Entry of Judgment on a separate document. Defendants request that the Court enter Judgment on the following grounds:

      1.     The Court granted Defendants' Motion to Dismiss the Second Amended Complaint and dismissed Plaintiff Joseph Mier and Plaintiff Shequana Truesdale's claims with prejudice on January 10, 2024. (Dkt. No. 321).

      2.     The January 10, 2024 order denied all relief, and pursuant to Federal Rule of Civil Procedure 58(b)(1)(C), a separate judgment should issue.

      3.     Defendants submitted their Application to the Clerk to Tax Costs on January 24, 2024. (Dkt. No. 322).

      4.     Pursuant to Rule 58(d), Defendants respectfully request that judgment be entered for the Defendants. A proposed judgment is attached hereto as **Exhibit 1**.

DATED: January 26, 2024         Respectfully submitted,

                                STEPTOE LLP

                                By:   <u>/s/Melanie A. Ayerh</u>
                                       Carol R. Brophy
                                       Anthony Hopp (*admitted pro hac vice*)
                                       Anthony Anscombe
                                       Melanie Ayerh

*Attorneys for Defendants CVS PHARMACY, INC. and Intervenor-Defendant VI-JON, LLC*

*AMIN TALATI WASSERMAN LLP*
*William P. Cole*

*Attorneys for Defendant CVS PHARMACY, INC. and CVS HEALTH CORPORATION*

DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FRCP 58(d)