**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH MIER and SHEQUANA TRUESDALE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br>CVS PHARMACY, INC., a Rhode Island corporation,<br>    Defendants | Case No.: 8:20-cv-01979-DOC-ADS<br>Assigned To: Hon. David O. Carter<br><br>**JUDGMENT** |
| JOSEPH MIER and SHEQUANA TRUESDALE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>vs.<br>VI-JON, LLC, a Missouri corporation,<br>    Intervenor-Defendant | |

1  Pursuant to the Court's January 10, 2024 Minute Order granting the Motion
2  to Dismiss filed by Defendants CVS Pharmacy, Inc. and Vi-Jon, LLC,
3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
4  Defendants shall have judgment in their favor and against Plaintiff Joseph Mier
5  and Plaintiff Shequana Truesdale, and that Plaintiffs' Second Amended Complaint,
6  and all claims therein, are dismissed with prejudice.
7  **IT IS SO ORDERED.**

10  DATED: January 29, 2024

*[signature: David O. Carter]*

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE