| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 4 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOSEPH MIER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff - Appellant,<br><br>and<br><br>SHEQUANA TRUESDALE,<br><br>        Plaintiff,<br><br> v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation,<br><br>        Defendant - Appellee,<br><br>VI-JON, LLC, a Missouri corporation,<br><br>        Intervenor-Defendant - Appellee. | No. 24-482<br><br>D.C. No. 8:20-cv-01979-DOC-ADS<br><br>Central District of California, Santa Ana<br><br>MANDATE |

The judgment of this Court, entered July 10, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT